**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**ARTEZ OLIVER**                                                                                    **PLAINTIFF**

**VS.**                                        **3:16CV00122-BRW-JTK**

**LUTHER WITHFEILD, et al.**                                                          **DEFENDANTS**

## ORDER

On May 11, 2016, Plaintiff was directed to file an amended complaint within thirty days.[1]

To date, Plaintiff has not amended his complaint or otherwise responded to the May 11, 2016

Order, and the time for doing so has passed.  Accordingly, this case is DISMISSED for failure to

prosecute.[2]  The Proposed Findings and Recommendations (Doc. No. 5) are MOOT.

An *in forma pauperis* appeal from an Order and Judgment dismissing this action would

not be taken in good faith, pursuant to 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 12th day of July, 2016.


/s/ Billy Roy Wilson_____
UNITED STATES DISTRICT JUDGE

---

[1]Doc. No. 3.

[2]See Local Rule 5.5(c)(2).