IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

**ARTEZ OLIVER**                                                                    **PLAINTIFF**

**VS.**                      **3:16CV00122-BRW-JTK**

**LUTHER WITHFEILD, et al.**                                                **DEFENDANTS**

### JUDGMENT

Based on the order entered today, this case is DISMISSED without prejudice.

IT IS SO ORDERED this 12th day of July, 2016.

                                                   /s/ Billy Roy Wilson
                                                     UNITED STATES DISTRICT JUDGE